AO91 (Rev. 12/03) Criminal Complaint  *Felony*  AUSA

United States District Court
Southern District of Texas
FILED

OCT - 1 2019

David J. Bradley, Clerk of Court

# UNITED STATES DISTRICT COURT

Southern District Of Texas Brownsville Division

**UNITED STATES OF AMERICA**
vs.
Ausencio MORALES-Reyes
A216 445 261  Mexico

**CRIMINAL COMPLAINT**

Case Number: B-19-980-MJ

I, the undersigned complainant state that the following is true and correct to the best of my knowledge and belief. On or about September 29, 2019 in Starr County, in the Southern District Of Texas defendant(s)

an alien who had previously been denied admission, excluded, deported, or removed, knowingly and unlawfully was present in the United States having been found in Starr County, Texas, the said defendant having not obtained the consent of the Attorney General or the Secretary of the Department of Homeland Security to reapply for admission into the United States,

in violation of Title 8 United States Code, Section(s) 1326(a)(1)/(b)(1)

I further state that I am a(n) Border Patrol Agent and that this complaint is based on the following facts:

The defendant was encountered by Border Patrol Agents conducting Linewatch operations near Rio Grande City, Texas on September 29, 2019. The defendant is a citizen and national of Mexico who was previously deported, excluded or removed from the United States on April 10, 2019. The defendant was convicted of Driving While Intoxicated 3rd or More on October 29, 2018. Record checks revealed that the defendant has not applied for permission from the proper Authorities to re-enter the United States.

Defendant had $96.00 USD at the time of arrest.

Continued on the attached sheet and made a part of this complaint: ☐ Yes  ☒ No

_____
Signature of Complainant

Mora, Sergio A.   Border Patrol Agent
Printed Name of Complainant

Sworn to before me and signed in my presence,

October 01, 2019         at   Brownsville, Texas
Date                          City/State

Ignacio Torteya III      U.S. Magistrate Judge
Name of Judge            Title of Judge           Signature of Judge